IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-01555-WDM-BNB | Date: August 3, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

KIMSEY INVESTMENTS, LLC,                           Thomas Wolf
                                                   June Dennis
       Plaintiff,

v.

FISCHBACH AND MOORE ELECTRIC, INC.,
n/k/a other
EX-FME, Inc.
INFRASOURCE INCORPORATED,

       Defendants,

LORRAINE M ARNOLD,                                 Matthew Schroeder
                                                   Scott Sinor

       Interested Party.

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:        8:32 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Non-Party Lorraine M. Arnold's motion for protective order(7/23/07 #1) is denied. Deposition of Lorraine M. Arnold to be no more than seven (7) hours. Deposition to occur August 22 or 24, 2007 whichever day the parties agree upon.

**ORDERED:** Plaintiff's request for sanctions is denied.

Court in Recess        9:01 a.m.        Hearing concluded.

Total time in court:   00:29