IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01555-WDM-BNB

KIMSEY INVESTMENTS, LLC,

Plaintiff,

v.

FISCHBACH AND MOORE ELECTRIC, INC., n/k/a EX-FMA, INC., and
INFRASOURCE INCORPORATED,

Defendants.
_____

## ORDER
_____

This matter is before me on **Non-Party Lorraine M. Arnold's Motion for Protective Order** [Doc. # 1, filed 7/23/2007] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that the deposition of Lorraine M. Arnold shall occur on either August 22 or 24, 2007, as the parties and the witness may agree as between those dates, and shall be limited to seven hours in duration.

IT IS FURTHER ORDERED that the plaintiff's request for sanctions in connection with the Motion is DENIED.

Dated August 3, 2007.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge